IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RICHARD R. BLEVINS,

        Plaintiff,

    v.

STATE OF ALASKA, DEPARTMENT OF CORRECTIONS, *et al.*,

        Defendants.

Case No. 3:24-cv-00231-SLG

## **ORDER OF DISMISSAL**

On October 21, 2024, at Docket 6, the Court issued an Order Severing Claims of Plaintiff Richard Blevins informing Plaintiff Blevins that his joint claims with Plaintiff Brian Hall in Case No. 3:24-cv-00057-SLG have been severed by the Court sua sponte and transferred to this new case. The Court directed Plaintiff Blevins to either pay the filing fee of $405, file an application to waive prepayment of the filing fee, or file a declaration explaining why all or part of the filing fee paid in Case No. 3:24-cv-00057-SLG should be credited to this new case. Mr. Blevins was given 30 days to file his response and was warned that failure to do so could result in the dismissal of the case without further notice to him. To date nothing has been received from Mr. Blevins. Accordingly, this case is DISMISSED without prejudice. The Clerk of Court is directed to close this case.

DATED this 18th day of December, 2024, at Anchorage, Alaska.

                                        */s/ Sharon L. Gleason*
                                        UNITED STATES DISTRICT JUDGE